**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **C.F.R., a minor, by and through his Next Friend, Lisa Virgina Reynolds,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OLATHE SCHOOL DISTRICT USD 233, et al.,**<br><br>**Defendant.** | **Case No. 26-CV-2248-JAR-BGS** |

**ORDER**

On August 10, 2026, each Defendant in the instant case filed a Motion to Dismiss and Memorandum in Support of Motion to Dismiss for failure to state a claim and for lack of jurisdiction. On September 14, 2026, Plaintiff filed Docs. 55–72, each of which appears to be a response or memorandum in support of response to each of Defendants' respective motions to dismiss. However, Plaintiff docketed her responses as either motions to dismiss or memoranda in support of motions to dismiss.

To cure this administrative error, the Clerk is directed to strike Docs. 55–72 from the record. Plaintiff shall properly refile her responses and memoranda in support with the correct filing events by no later than Friday, September 18, 2026. If counsel is unsure how to proceed, counsel may contact the Clerk's Office at (913)735-2200.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motions to Dismiss and Memoranda in Support of Motion to Dismiss (Docs. 55–72) are **stricken from the record**. Plaintiff shall refile her responsive documents with the correct filing events by no later than September 18, 2026.

**IT IS SO ORDERED.**

Dated: September 16, 2026

S/ Julie A. Robinson
/JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE